158 A.3d 618

PENNSYLVANIA DEMOCRATIC PARTY
and Emilio A. Vazquez, Appellants

v.

The PENNSYLVANIA DEPARTMENT OF STATE, the Hon. Pedro A. Cortes, and Jonathan Marks, Appellees

No. 14 EAP 2017

Supreme Court of Pennsylvania.

SUBMITTED: March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 10th day of March, 2017, the order of the Commonwealth Court is **AFFIRMED.**